[No. 20070-1-III.   Division Three.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. NASARIO A. GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 00-1-00093-6, Richard W. Miller, J., entered March 19, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 20928-8-III.   Division Three.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLIE L. STRODE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00953-6, Craig J. Matheson, J., entered December 28, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 26055-7-II; 28038-8-II.   Division Two.   March 4, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOUGLAS BURKETT, *Appellant*.

*In the Matter of Personal Restraint of* WILLIAM DOUGLAS BURKETT, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00123-5, Randolph Furman, J., entered May 5, 2000, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.